IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT HOWARD,

        Plaintiff,                    No. CIV S-08-1727 GGH P

   vs.

S. MOORE,

        Defendant.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 10/08/08

                                     /s/ Gregory G. Hollows

                                     UNITED STATES MAGISTRATE JUDGE

howard.59